✓ #107   # 129062

UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF OHIO

FILED
2010 NOV 18 PM 2: 47
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

In re: GARCZYNSKI, REBECCA   )   Case No. 09-38701

)   Chapter 7

Debtor(s).   )   Judge: MARY ANN WHIPPLE

## TRANSMITTAL OF UNCLAIMED FUNDS

John N. Graham, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such un-negotiated checks were issued, the amount of such check and their last known addresses are:

   Fifth Third Bank, One Riverfront Place, 20 NW First St.,
   Evansville, IN  47708                                                  $58.36

2. Your Trustee's check for $58.36 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

Date: 11/17/2010

_____
John N. Graham, Trustee

Cc:   United States Trustee